1  Thomas E. Campagne, #065375
   Justin T. Campagne, #211825
2  Wiley R. Driskill, #253913
   Campagne, Campagne & Lerner
3  A Professional Corporation
   Fresno Airport Office Center
4  1685 North Helm Avenue
   Fresno, California  93727
5  Telephone:  (559) 255-1637
   Facsimile: (559) 252-9617
6
   Attorneys for SWORLCO and California Citrus Producers, Inc.
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DIVISION OF CALIFORNIA**

10 **FRESNO DIVISION**

11 VITA-PAKT CITRUS PRODUCTS, CO.,    ) Case No. 1:09-CV-00570-OWW-DLB
                                      )
12               Plaintiff,           ) **STIPULATION TO MOVE HEARING**
                                      ) **DATE AND ORDER**
13       vs.                          )
                                      ) Hearing Date:   June 8, 2009
14 SWORLCO, a limited partnership;    ) Hearing Time:   10:00 a.m.
   CALIFORNIA CITRUS PRODUCERS,       ) Courtroom:      3 (7th Floor)
15 INC., and DOES 1 to 10, inclusive, ) Judge:          Hon. Oliver W. Wanger
                                      )
16               Defendants.          ) (Note: Hearing date changed to 8/24/2009)
                                      )
17 _____)

18        WHEREAS, Plaintiff Vita-Pakt Citrus Products, Co. (hereinafter referred to as

19 "Plaintiff") and Defendants SWORLCO and California Citrus Products, Inc.'s (collectively

20 referred to as "Defendants"), by and through their below-signed counsel of record, have

21 been negotiating in good faith about the possibility of settling this matter;

22        WHEREAS, Plaintiff and Defendants are presently engaged in substantive,

23 meaningful settlement negotiations, which may resolve this lawsuit in its entirety;

24        WHEREAS, the parties require additional time to pursue settlement

25 negotiations; and,

26        WHEREAS, the parties wish to conserve their resources, avoid potentially

27 unnecessary legal costs, and devote themselves to settlement negotiations.

28 ///

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
**TELEPHONE (559) 255-1637**
FAX (559) 252-9617

STIPULATION TO MOVE HEARING DATE AND ORDER                                         Page 1

1  NOW THEREFORE, pursuant to U.S. District Court-Eastern District Local Rule 83-141, the following Stipulation is entered into between the parties in the above-captioned matter:

2 1. Plaintiff and Defendants hereby stipulate to move the hearing on the Defendants' Special "Anti-SLAPP" Motion to Strike from June 8, 2009 at 10:00 a.m. to August 24, 2009 at 10:00 a.m. before the Honorable Judge Oliver W. Wanger.

Dated: May 22, 2009        Campagne, Campagne & Lerner,
                           A Professional Corporation


                           By:   /s/ Justin T. Campagne
                                 Justin T. Campagne
                                 Attorneys for Defendants

Dated: May 22, 2009        Horswill, Mederos, & Soares


                           By:   /s/ Joseph F. Soares
                                 Joseph F. Soares
                                 Attorneys for Plaintiff

**IT IS SO ORDERED:**

Dated: 6/2/2009            /s/ OLIVER W. WANGER
                           Honorable Judge Oliver W. Wanger

jfh:F:\DATA\docs\CCPI\Vita-Pakt\Pleadings\Anti-SLAPP\Stip to Cont Hrg Date-052209.doc

CAMPAGNE, CAMPAGNE & LERNER
A PROF. CORP.
AIRPORT OFFICE CENTER
1685 NORTH HELM AVENUE
FRESNO, CALIFORNIA 93727
TELEPHONE (559) 255-1637
FAX (559) 252-9617

STIPULATION TO MOVE HEARING DATE AND ORDER                Page 2