1  JOCELYN Y. KIYUNA, #263469
   JOSEPH F. SOARES #212995
2  HORSWILL, MEDEROS & SOARES
   791 N. Cherry Street
3  Post Office Box 29
   Tulare, California 93274
4  Telephone: (559) 686-3861
   Facsimile: (559) 686-1514
5
6  Attorneys for Plaintiff

7
                    **U. S. DISTRICT COURT**
8
               **EASTERN DISTRICT OF CALIFORNIA**
9
                    **FRESNO DIVISION**
10

11  VITA-PAKT CITRUS PRODUCTS, CO.,)        Case No.  1:09-cv-00570-OWW-DLB
12              Plaintiff,          )
13         v.                       )
14  SWORLCO, a limited partnership; )
    CALIFORNIA CITRUS PRODUCERS,    )
15  INC., and DOES 1 through 10, inclusive,)
                                    )       STIPULATION AND
16                                  )       ORDER TO MOVE HEARING DATE
17              Defendants.         )       BY VITA-PAKT CITRUS PRODUCTS,
                                    )       CO.
18  _____)
    CALIFORNIA CITRUS PRODUCERS,    )
19  INC., a California corporation,  )
    SWORLCO,                        )
20                                  )
                Cross-Complainants, )       Hearing Date:   Sept. 28, 2009
21                                  )       Hearing Time:   10:00 am
           v.                       )       Courtroom:      3
22                                  )       Judge:          Hon. Oliver W. Wanger
    VITA-PAKT CITRUS PRODUCTS, CO., )
23  and ROES 1-10, inclusive,       )
                                    )
24              Cross-Defendants.   )
    _____)
25
    ////
26
                              1
27
    _____
28  STIPULATION AND ORDER FOR MOVING HEARING DATE BY VITA-PAKT
    CITRUS PRODUCTS, CO.

**RECITALS**

A.      WHEREAS, VITA-PAKT CITRUS PRODUCTS CO., INC., a California corporation, hereinafter referred to as "VITA-PAKT", was a tenant under a Lease Agreement, hereinafter referred to as "Lease", with SWORLCO, a California limited partnership, hereinafter referred to as "SWORLCO".

B.      VITA-PAKT is a party to an Operating Agreement with CALIFORNIA CITRUS PRODUCERS, INC., a California corporation, also known as CCPI, hereinafter referred to as "Operating Agreement".

C.      SWORLCO, CCPI, and VITA-PAKT are now involved in a dispute with one another related to the aforementioned Lease, Operating Agreement, and/or to matters related to, arising from, or resulting from said Lease and/or Operating Agreement.

D.      SWORLCO and VITA-PAKT were previously involved in an Unlawful Detainer action, whereby Landlord SWORLCO attempted to remove Tenant VITA-PAKT.  This matter was heard  in Tulare County Superior Court Case No. PCL132144 (Judge Roper) at the Porterville Branch.  On or about May 22, 2009, pursuant to Plaintiff, SWORLCO dismissed the Unlawful Detainer action, PCL132144.

E.      On or about March 20, 2009, Plaintiff, VITA-PAKT CITRUS PRODUCTS CO., filed a First Amended Complaint for Breach of Contract, Breach of Lease, Interference with Prospective Economic Advantage Interference with Contractual Relations in Violation of the Racketeer Organizations Act (Rico, 18 U.S.C. §1962(c)) in the Superior Court of California, County of Tulare, Visalia Division, Case No. 09-231903

F.      On or about March 27, 2009, Defendant, SWORLCO, filed a Notice of Removal from Tulare County Superior Court to the U.S. District Court, Eastern District of California.  On or about March 31, 2009, Defendant, SWORLCO, filed and served a Motion to Strike (Anti-Slapp Motion to Strike the First Amended Complaint).

H.      Both judicial and party economy are served by granting this Stipulation and proposed Order to Stay the Action and Move the Hearing Date so that SWORLCO,

2

1  CCPI and VITA-PAKT may further discuss settlement and resolve disputes between

2  parties.

3  **STIPULATIONS**

4          A.      NOW THEREFORE, the parties hereto, VITA-PAKT by and through its

5  attorneys, JOSEPH F. SOARES and JOCELYN Y. KIYUNA, SWORLCO and CCPI by

6  and through its attorney, THOMAS E. CAMPAGNE, hereby stipulate that the hearing

7  date be moved, at minimum, for a two (2) month period, do that the parties may

8  continue to discuss other aspects of the litigation is stayed and held in abeyance until

9  the Court rules on th pending Anti-SLAPP Motion.

10         B.      The parties further stipulate that the agreement herein is final upon the

11  signature of counsel, and upon signature, the parties waive receipt of the responsive

12  Order of the Court.

13         The above is so stipulated.

14  Dated:    September 9, 2009          HORSWILL, MEDEROS & SOARES

15

16                                       By: /s/ Jocelyn Y. Kiyuna
                                            Jocelyn Y. Kiyuna
17                                          Attorney for Vita-Pakt

18

19  Dated: September 9, 2009             CAMPAGNE, CAMPAGNE & LERNER
                                         A Professional Corporation
20

21                                       By: /s/ Thomas E. Campagne
                                            Thomas E. Campagne
22                                          Attorney for SWORLCO and CCPI

23

24

25

26

27

28

3

STIPULATION AND ORDER FOR MOVING HEARING DATE BY VITA-PAKT
CITRUS PRODUCTS, CO.

1

### CONFIRMING ORDER

2      The above stipulations are approved and such are so ordered.  The Stipulation

3  and Order granting the parties' request to stay the action for sixty (60) days and

4  continue the Motion to Strike currently set for September 28, 2009, at 10:00 a.m. in

5  Courtroom 3 before the Honorable Oliver W. Wanger and moved, at minimum, for a two

6  (2) month continuance to the date and time thereafter that the Court deems proper

7  listed below.

8

9

10  Matter moved to: <u>November 30, 2009 at 10:00AM</u>

11

12      Dated:   September 11, 2009

13

14                          ___/s/ OLIVER W. WANGER_____
                            JUDGE OF THE U.S. DISTRICT COURT,
15                          EASTERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23  G:\docs\RGaumnitz\OWW Folder\Orders to be signed\09cv570.stipo.mv.hrg.wpd

24

25

26

27

28

STIPULATION AND ORDER FOR MOVING HEARING DATE BY VITA-PAKT
CITRUS PRODUCTS, CO.