JOSEPH F. SOARES #212995
HORSWILL, MEDEROS & SOARES
791 N. Cherry Street
Post Office Box 29
Tulare, California 93274
Telephone: (559) 686-3861
Facsimile: (559) 686-1514

Attorneys for Plaintiff

# U. S. DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VITA-PAKT CITRUS PRODUCTS, CO.,<br><br>       Plaintiff,<br><br>v.<br><br>SWORLCO, a limited partnership;<br>CALIFORNIA CITRUS PRODUCERS,<br>INC., and DOES 1 through 10, inclusive,<br><br>       Defendants.<br>_____<br>CALIFORNIA CITRUS PRODUCERS,<br>INC., a California corporation,<br>SWORLCO,<br><br>       Cross-Complainants,<br><br>v.<br><br>VITA-PAKT CITRUS PRODUCTS, CO.,<br>and ROES 1-10, inclusive,<br><br>       Cross-Defendants.<br>_____ | Case No. 1:09-cv-00570-OWW-DLB<br><br>STIPULATION AND<br>ORDER TO MOVE HEARING DATE<br>BY VITA-PAKT CITRUS PRODUCTS,<br>CO.<br><br><br><br>Hearing Date: December 14, 2009<br>Hearing Time: 10:00 am<br>Courtroom: 3<br>Judge: Hon. Oliver W. Wanger |

////
////

1

---

STIPULATION AND PROPOSED ORDER FOR MOVING HEARING DATE BY VITA-PAKT
CITRUS PRODUCTS, CO.

**RECITALS**

A.      WHEREAS, VITA-PAKT CITRUS PRODUCTS CO., INC., a California corporation, hereinafter referred to as "VITA-PAKT", was a tenant under a Lease Agreement, hereinafter referred to as "Lease", with SWORLCO, a California limited partnership, hereinafter referred to as "SWORLCO".

B.      VITA-PAKT is a party to an Operating Agreement with CALIFORNIA CITRUS PRODUCERS, INC., a California corporation, also known as CCPI, hereinafter referred to as "Operating Agreement".

C.      SWORLCO, CCPI, and VITA-PAKT are now involved in a dispute with one another related to the aforementioned Lease, Operating Agreement, and/or to matters related to, arising from, or resulting from said Lease and/or Operating Agreement.

D.      SWORLCO and VITA-PAKT were previously involved in an Unlawful Detainer action, whereby Landlord SWORLCO attempted to remove Tenant VITA-PAKT.  This matter was heard in Tulare County Superior Court Case No. PCL132144 (Judge Roper) at the Porterville Branch.  On or about May 22, 2009, pursuant to Plaintiff, SWORLCO dismissed the Unlawful Detainer action, PCL132144.

E.      On or about March 20, 2009, Plaintiff, VITA-PAKT CITRUS PRODUCTS CO., filed a First Amended Complaint for Breach of Contract, Breach of Lease, Interference with Prospective Economic Advantage Interference with Contractual Relations in Violation of the Racketeer Organizations Act (Rico, 18 U.S.C. §1962(c)) in the Superior Court of California, County of Tulare, Visalia Division, Case No. 09-231903

F.      On or about March 27, 2009, Defendant, SWORLCO, filed a Notice of Removal from Tulare County Superior Court to the U.S. District Court, Eastern District of California.  On or about March 31, 2009, Defendant, SWORLCO, filed and served a Motion to Strike (Anti-Slapp Motion to Strike the First Amended Complaint).

H.      Both judicial and party economy are served by granting this Stipulation and proposed Order to Stay the Action and Move the Hearing Date so that SWORLCO,

2

STIPULATION AND PROPOSED ORDER FOR MOVING HEARING DATE BY VITA-PAKT CITRUS PRODUCTS, CO.

CCPI and VITA-PAKT may further discuss settlement and resolution between parties. Currently, there is a draft of a Settlement Agreement being reviewed by the parties. The parties to this stipulation believe that ultimately a settlement will be reached resulting in the dismissal of these actions.

## **STIPULATIONS**

A.   NOW THEREFORE, the parties hereto, VITA-PAKT by and through its attorney, JOSEPH F. SOARES, SWORLCO and CCPI by and through its attorney, JUSTIN T. CAMPAGNE, hereby stipulate that the hearing date be moved, at minimum, for a two (2) month period, so that the parties may continue to review the settlement documents that are circulating between them and they may further discuss other aspects of the litigation which is stayed and held in abeyance until the Court rules on the pending Anti-SLAPP Motion.

B.   The parties further stipulate that the agreement herein is final upon the signature of counsel, and upon signature, the parties waive receipt of the responsive Order of the Court.

The above is so stipulated.

Dated:  December 1, 2009            HORSWILL, MEDEROS & SOARES

By:   /s/Joseph F. Soares
      Joseph F. Soares
      Attorney for Vita-Pakt


Dated: December 1, 2009             CAMPAGNE, CAMPAGNE & LERNER
                                    A Professional Corporation

By:   /s/Justin T. Campagne
      Justin T. Campagne
      Attorney for SWORLCO and CCPI

## CONFIRMING ORDER

The above stipulations are approved and such are so ordered. The Stipulation and Order granting the parties' request to stay the action for sixty (60) days and continue the Motion to Strike currently set for December 14, 2009, at 10:00 a.m. to February 22, 2010 at 10:00a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

K:\OWW\Stipulations\09cv570.stipo.mv.hrng.wpd IT IS SO ORDERED.

**Dated:   December 7, 2009**             /s/ Oliver W. Wanger
                                                   UNITED STATES DISTRICT JUDGE