| | |
|---|---|
| 1 | Thomas E. Campagne, #065375 |
| | Justin T. Campagne, #211825 |
| 2 | Wiley R. Driskill, #253913 |
| | Campagne, Campagne & Lerner |
| 3 | A Professional Corporation |
| | Fresno Airport Office Center |
| 4 | 1685 North Helm Avenue |
| | Fresno, California 93727 |
| 5 | Telephone: (559) 255-1637 |
| | Facsimile: (559) 252-9617 |

Attorneys for SWORLCO and California Citrus Producers, Inc.

Joseph F. Soares
Horswill, Mederos & Soares
791 N. Cherry Street
P.O. Box 29
Tulare, California 93271
Telephone: (559) 686-3861
Facsimile: (559) 686-1514

Attorneys for Plaintiff Vita-Pakt Citrus Products, Co.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VITA-PAKT CITRUS PRODUCTS, CO., | Case No. 1:09-CV-00570-OWW-DLB |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON** |
| SWORLCO, a limited partnership; CALIFORNIA CITRUS PRODUCERS, INC., and DOES 1 to 10, inclusive, | |
| Defendants. | |
| CALIFORNIA CITRUS PRODUCERS, INC., a California corporation, SWORLCO, | |
| Cross-Complainants, | |
| vs. | |
| VITA-PAKT CITRUS PRODUCTS, CO.; and ROES 1 to 10, inclusive, | |
| Cross-Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between the parties hereto, through |
| 2 | their respective counsel of record, and subject to the approval and Order of this Court, that |
| 3 | a full and final settlement of the above entitled action has been entered into and agreed to |
| 4 | by all parties. Therefore, the parties request that this action be hereby dismissed with |
| 5 | prejudice pursuant to FRCP 41(a)(1). All parties to bear their own court costs and legal |
| 6 | fees. |

Dated: February 1, 2010              Respectfully submitted,

                                             Campagne, Campagne & Lerner,
                                             A Professional Corporation

                                             By   /s/ Justin T. Campagne
                                                       Justin T. Campagne
                                             Attorneys for Defendants/Cross-Complainants
                                             California Citrus Producers, Inc. and
                                             SWORLCO

Dated: January 29, 2010              Respectfully submitted,

                                             Horswill, Mederos & Soares

                                             By   /s/ Joseph F. Soares
                                                       Joseph F. Soares
                                             Attorneys for Plaintiffs/Cross-Defendants Vita-
                                             Pakt Citrus Products, Co.

## **ORDER**

**IT IS HEREBY ORDERED** that the above-entitled case be dismissed with prejudice.

Dated: January 29, 2010              /s/ OLIVER W. WANGER
                                          UNITED STATES DISTRICT COURT JUDGE

jfh:F:\DATA\docs\CCPI\Vita-Pakt\Pleadings\Stip for Dismissal.doc

PDF created with pdfFactory trial version www.pdffactory.com