1  Thomas E. Campagne, #065375
   Justin T. Campagne, #211825
2  Wiley R. Driskill, #253913
   Campagne, Campagne & Lerner
3  A Professional Corporation
   Fresno Airport Office Center
4  1685 North Helm Avenue
   Fresno, California  93727
5  Telephone:  (559) 255-1637
   Facsimile: (559) 252-9617
6
   Attorneys for SWORLCO and California Citrus Producers, Inc.
7
   Joseph F. Soares
8  Horswill, Mederos & Soares
   791 N. Cherry Street
9  P.O. Box 29
   Tulare, California 93271
10 Telephone: (559) 686-3861
   Facsimile: (559) 686-1514
11
   Attorneys for Plaintiff Vita-Pakt Citrus Products, Co.
12

13                    **UNITED STATES DISTRICT COURT**

14                    **EASTERN DISTRICT OF CALIFORNIA**

15                              **FRESNO DIVISION**

16  VITA-PAKT CITRUS PRODUCTS, CO.,  ) Case No. 1:09-CV-00570-OWW-DLB
                                     )
17              Plaintiff,           )
                                     )
18       vs.                         ) **STIPULATION FOR DISMISSAL OF**
                                     ) **ACTION AND ORDER THEREON**
19  SWORLCO, a limited partnership;  )
    CALIFORNIA CITRUS PRODUCERS,     )
20  INC., and DOES 1 to 10, inclusive,)
                                     )
21              Defendants.          )
                                     )
22  _____  )
    CALIFORNIA CITRUS PRODUCERS,     )
23  INC., a California corporation,  )
    SWORLCO,                         )
24                                   )
              Cross-Complainants,    )
25                                   )
         vs.                         )
26                                   )
    VITA-PAKT CITRUS PRODUCTS, CO.;  )
27  and ROES 1 to 10, inclusive,     )
                                     )
28              Cross-Defendants.    )

STIPULATION FOR DISMISSAL OF ACTION AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, and subject to the approval and Order of this Court, that a full and final settlement of the above entitled action has been entered into and agreed to by all parties. Therefore, the parties request that this action be hereby dismissed with prejudice pursuant to FRCP 41(a)(1). All parties to bear their own court costs and legal fees.

Dated: February 1, 2010                                Respectfully submitted,

                                                       Campagne, Campagne & Lerner,
                                                       A Professional Corporation


                                                       By ___/s/ Justin T. Campagne_____
                                                              Justin T. Campagne
                                                       Attorneys for Defendants/Cross-Complainants
                                                       California Citrus Producers, Inc. and
                                                       SWORLCO

Dated: January 29, 2010                                Respectfully submitted,

                                                       Horswill, Mederos & Soares


                                                       By ___/s/ Joseph F. Soares_____
                                                              Joseph F. Soares
                                                       Attorneys for Plaintiffs/Cross-Defendants Vita-
                                                       Pakt Citrus Products, Co.

## ORDER

**IT IS HEREBY ORDERED** that the above-entitled case be dismissed with prejudice.




Dated: January 29, 2010                  /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT COURT JUDGE

jfh:F:\DATA\docs\CCPI\Vita-Pakt\Pleadings\Stip for Dismissal.doc

PDF created with pdfFactory trial version www.pdffactory.com